THE STATE OF OHIO, APPELLEE, *v.* ANDERSON, APPELLANT.

(No. 40927—Decided July 26, 1967.)

*Mr. William A. Anderson, in propria persona.*

*Per Curiam.* The motion to certify the record is allowed, the judgment of the Court of Appeals is reversed and the cause is remanded to the Court of Appeals for a hearing on the merits, on authority of *State* v. *Williamson,* 10 Ohio St. 2d 195.

*Judgment reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.